**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

    v.

BRIAN DAVIS.

CRIMINAL ACTION
NO. 97-359

**<u>ORDER</u>**

    **AND NOW**, this 10th day of January 2025, upon consideration of Brian Davis's

*pro se* Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF

No. 625), the Government's Response in Opposition (ECF No. 627), and the

Government's Supplemental Response in Opposition (ECF No. 628), it is **ORDERED**

that the Motion is **DENIED**.

                                         BY THE COURT:

                                         ***/s/ Gerald J. Pappert***
                                         Gerald J. Pappert, J.